AO 91 (Rev. 11/11) Criminal Complaint

**SEALED    ENTERED**

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

MAR 26 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Kevin Lashawn Grooms, Jr.<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:15-mj-00025<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 24, 2015__ in the county of __Cabell__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(A) | Whoever, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that places a person in reasonable fear of death or serious bodily injury |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Todd A. Berry, Special Agent - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/26/2015

*Judge's signature*

City and state:  Huntington, West Virginia      Cheryl E. Eifert, United States Magistrate Judge
*Printed name and title*