UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2013
APRIL 28, 2015 SESSION

FILED
APR 28 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15-cr-00094
18 U.S.C. § 2261A(2)
18 U.S.C. § 2261(b)(5)
KEVIN LASHAWN GROOMS, JR.  18 U.S.C. § 2261(b)(6)

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

Beginning on or about December 8, 2014, and continuing to on or about December 9, 2014, in Huntington, Cabell County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant KEVIN LASHAWN GROOMS, JR., with the intent to kill, injure, harass, and intimidate a person known to the grand jury, used a facility of interstate or foreign commerce, including any interactive computer service, electronic communication service and electronic communication system of interstate commerce to engage in a course of conduct that placed that person in reasonable fear of death and serious bodily injury, and caused and would have been reasonably expected to cause substantial emotional distress to that person.

In violation of Title 18, United State Code, Sections 2261A(2) and 2261(b)(5).

COUNT TWO

1. Beginning on or about March 24, 2015, and continuing to on or about March 25, 2015, in Huntington, Cabell County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant KEVIN LASHAWN GROOMS, JR., with the intent to kill, injure, harass, and intimidate a person known to the grand jury, used a facility of interstate and foreign commerce, including any interactive computer service, electronic communication service and electronic communication system of interstate commerce to engage in a course of conduct that placed that person in reasonable fear of death and serious bodily injury, and caused and would have been reasonably expected to cause substantial emotional distress to that person.

2. The conduct referenced herein was committed in violation of a current order of protection as defined in 18 U.S.C. § 2266.

In violation of Title 18, United State Code, Sections 2261A(2), 2261(b)(5) and (b)(6).

> R. BOOTH GOODWIN II
> United States Attorney
>
> By: _____
> LISA G. JOHNSTON
> Assistant United States Attorney